Gordon & Rees LLP
7465 W. Lake Mead Blvd., Suite 200
Las Vegas, NV 89128

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DEBORAH RUCILEZ<br><br>           Plaintiff,<br><br>vs.<br><br>I.C. SYSTEM, INC.<br><br>           Defendant. | CASE NO.:  3:09-cv-00115-LRH-VPC<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ACTION** |

IT IS HEREBY STIPULATED by and between Plaintiff, DEBORAH RUCILEZ, and Defendant, I.C. SYSTEM, INC., by and through their counsel of record, that the above-entitled action be dismissed, with prejudice, each party to bear its own costs and attorneys fees.

Dated this 30th day of June, 2009.

GORDON & REES LLP

/s/ Joseph P. Hardy
Joseph P. Hardy (SBN: 7370)
7465 W. Lake Mead Blvd., Suite 200
Las Vegas, NV 89128
Attorneys for Defendant

Dated this 30th day of June, 2009.

MACEY & ALEMAN, P.C.

/s/ Richard J. Meier
Richard J. Meier (*Admitted Pro Hac Vice*)
Sears Tower, 233 S. Wacker Dr., Suite 5150
Chicago, Illinois 60606-6369
Attorneys for Plaintiff

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: July 6, 2009

CG/1056685/6762640v.1

-1-